UNITED STATED BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Milton Bouhoutsos, Jr., Esq.<br>1314 Main Street<br>Belmar, New Jersey 07719<br>Telephone (732) 528-6700<br>MB 038941998 | |
| In Re:<br><br>LAURA J. TYREE<br><br>              Debtor | CHAPTER 13<br><br>Case No.: 16-10032-JKS<br><br>**ORDER AUTHORIZING SETTLEMENT OF DEBTOR'S PERSONAL INJURY MATTER** |

The relief set forth on the following pages, numbered two (2) through two (2) is
    Hereby **ORDERED.**


Dated: February 1, 2017

                                          Honorable John K. Sherwood
                                          United States Bankruptcy Judge

Upon consideration of the foregoing motion to authorize the settlement of the Debtor's personal injury action, it is

**ORDERED** that Lee Jerushalmy Esq. is hereby authorized to settle the Debtor's personal injury matter for $15,000; and

**ORDERED** that the Debtor may execute the Release in Full of Bodily Injury Claims with GEICO Insurance to settle the personal injury claim in full; and

**ORDERED** that the proposed settlement presented by attorney Lee Jerushalmy, Esq. is hereby approved and payment according to the Proposed Settlement attached to the Certification in Support of Motion to Authorize Settlement of Personal Injury Matter is hereby authorized; and

**ORDERED** that the net settlement proceeds of $8,670.98 shall be paid to the Debtor Laura J. Tyree as exempt property under 11 U.S.C. §522(d)(11)(D).