UNITED STATED BANKRUPTCY C

DISTRICT OF NEW JERSEY

Order Filed on February 27, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

---

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Milton Bouhoutsos, Jr., Esq.
1314 Main Street
Belmar, New Jersey 07719
Telephone (732) 528-6700
MB 038941998

---

In Re:

LAURA J. TYREE

          Debtor

CHAPTER 13

Case No.: 16-10032-JKS

**ORDER AUTHORIZING SETTLEMENT OF DEBTOR'S PERSONAL INJURY MATTER**

---

The relief set forth on the following pages, numbered two (2) through two (2) is
    Hereby **ORDERED.**

**DATED: February 27, 2017**

Dated: February 1, 2017

_/s/ JKSherwood_
Honorable John K. Sherwood
United States Bankruptcy Court

1

Upon consideration of the foregoing motion to authorize the settlement of the Debtor's personal injury action, it is

**ORDERED** that Lee Jerushalmy Esq. is hereby authorized to settle the Debtor's personal injury matter for $15,000; and

**ORDERED** that the Debtor may execute the Release in Full of Bodily Injury Claims with GEICO Insurance to settle the personal injury claim in full; and

**ORDERED** that the proposed settlement presented by attorney Lee Jerushalmy, Esq. is hereby approved and payment according to the Proposed Settlement attached to the Certification in Support of Motion to Authorize Settlement of Personal Injury Matter is hereby authorized; and

**ORDERED** that the net settlement proceeds of $8,670.98 shall be paid to the Debtor Laura J. Tyree as exempt property under 11 U.S.C. §522(d)(11)(D).

United States Bankruptcy Court
District of New Jersey

In re:  
Laura J Tyree  
    Debtor

Case No. 16-10032-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 27, 2017  
Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2017.
```
db         +Laura J Tyree,   106 N. 22nd Street,    East Orange, NJ 07017-4902
aty        +Lee Jerushalmy,  M. Weiss & Associates,   41 Bayard Street,   New Brunswick, NJ 08901-2114
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2017 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann   Greenberg    magecf@magtrustee.com
          Milton    Bouhoutsos, Jr    on behalf of Trustee Marie-Ann   Greenberg bouhoutsoslaw@gmail.com
          Milton    Bouhoutsos, Jr    on behalf of Debtor Laura J Tyree bouhoutsoslaw@gmail.com
                                                                                             TOTAL: 4
```